AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2021

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| ALISON G.<br>*Plaintiff*<br>v.<br><br><br>ANDREW M. SAUL, Commissioner of Social Security<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.   2:20-CV-00032-JTR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment (ECF No. 13) is GRANTED, in part.  Matter is REMANDED to
Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Defendant's Motion for Summary Judgment (ECF No. 14) is DENIED.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ JOHN T. RODGERS _____ on motions for
Summary Judgment (ECF Nos. 13 and 14).

Date:  January 22, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Melissa Orosco

*(By) Deputy Clerk*

Melissa Orosco